UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY J. CLODY, | No. 2:14-cv-2131 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND BROWN, et al., | |
| Defendants. | |

On November 3, 2014, plaintiff filed a document the court construes as a request for dismissal. Pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED that this action is dismissed.

Dated: November 7, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
Clod2131.59